B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hotton, Sandra Ann** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4311** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**409 Hillside Drive<br>Mundelein, IL**<br>ZIP Code **60060** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 12
☐ Chapter 13      ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hotton, Sandra Ann** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Christine R. Piesiecki              March 13, 2014** <br> Signature of Attorney for Debtor(s)              (Date) <br> **Christine R. Piesiecki** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hotton, Sandra Ann** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Sandra Ann Hotton**
_____
Signature of Debtor   **Sandra Ann Hotton**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 13, 2014**
_____
Date

### Signature of Attorney*

X  **/s/ Christine R. Piesiecki**
_____
Signature of Attorney for Debtor(s)

**Christine R. Piesiecki 6196644**
_____
Printed Name of Attorney for Debtor(s)

**Christine R. Piesiecki**
_____
Firm Name
**9800 S. Roberts Rd., Suite 205**
**Palos Hills, IL 60465**

_____
Address

                    **Email: polskadwokat@aol.com**
**708-233-6833 Fax: 708-233-6834**
_____
Telephone Number

**March 13, 2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Sandra Ann Hotton** _____    Case No. _____

                                       Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Sandra Ann Hotton**
                      **Sandra Ann Hotton**

Date:  **March 13, 2014**

B6A (Official Form 6A) (12/07)

.

In re   **Sandra Ann Hotton**                                              ,      Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **404 Hillside Drive**<br>**Mundelein, IL.60060**<br>**has some structural damage from storm, mold damage** | **Fee simple** | - | **154,470.00** | **251,457.00** |

| | | | |
|---|---|---|---|
| | Sub-Total > | **154,470.00** | (Total of this page) |
| | Total > | **154,470.00** | |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Sandra Ann Hotton**                                        ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash on hand** | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **The Private Bank - checking account** | - | 575.00 |
| | | **Consumer Credit Union** | - | 40.00 |
| | | **business account in Private Bank** | - | 1,105.82 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **TV Computer, Used furniture-Fleemarket fruniture, Bed** | - | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. clothing** | - | 1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **5,270.82**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA The Private Bank** | - | 563.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Visionaire, Inc. one-person graphic design business** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **563.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                                              ,    Case No. _____
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Honda Acura | - | 500.00 |
| | | 2000 Harley Davidson | - | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 3,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 9,333.82 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Sandra Ann Hotton**                                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **The Private Bank - checking account** | **735 ILCS 5/12-1001(b)** | **394.18** | **575.00** |
| **business account in Private Bank** | **735 ILCS 5/12-1001(b)** | **1,105.82** | **1,105.82** |
| **Household Goods and Furnishings** | | | |
| **TV Computer, Used furniture-Fleemarket fruniture, Bed** | **735 ILCS 5/12-1001(b)** | **1,900.00** | **2,500.00** |
| **Wearing Apparel** | | | |
| **Misc. clothing** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA The Private Bank** | **735 ILCS 5/12-1006** | **563.00** | **563.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Harley Davidson** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,000.00** |
| | **735 ILCS 5/12-1001(b)** | **600.00** | |

Total:    **7,963.00**    **8,743.82**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re  **Sandra Ann Hotton**                                         ,     Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **0237932-0**<br><br>**21st Motgage Corporation**<br>**620 Market St., Suite 100**<br>**Knoxville, TN** | | - | | | **Second Mortgage**<br><br>**404 Hillside Drive**<br>**Mundelein, IL.60060**<br>**has some structural damage from storm,**<br>**mold damage** | | | | | |
| | | | | | Value $                **154,470.00** | | | | **25,894.00** | **25,894.00** |
| Account No. **608166856**<br><br>**Nationstar Mortgage**<br>**350 Highland Dr**<br>**Lewisville, TX 75067** | | - | | | **First Mortgage**<br><br>**404 Hillside Drive**<br>**Mundelein, IL.60060**<br>**has some structural damage from storm,**<br>**mold damage** | | | | | |
| | | | | | Value $                **154,470.00** | | | | **225,563.00** | **71,093.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **_0_** continuation sheets attached | Subtotal<br>(Total of this page) | **251,457.00** | **96,987.00** |
| | Total<br>(Report on Summary of Schedules) | **251,457.00** | **96,987.00** |

B6E (Official Form 6E) (4/13)

.

In re    __Sandra Ann Hotton_____,    Case No. _____
                                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Sandra Ann Hotton**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **48966**<br><br>**Advanced Dermatology Lincolnshire**<br>**275 Parkway Dr # 521**<br>**Lincolnshire, IL 60069** | | - | | | Medical bill | | | | 30.00 |
| Account No. **2449241-001**<br><br>**Advocate Condell Medical Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | | | | | medical bill | | | | 40.50 |
| Account No. **4245759-000**<br><br>**Advocate Condell Medical Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | | - | | | medical bill | | | | 345.26 |
| Account No. **4278176-000**<br><br>**Advocate Condell Medical Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | | - | | | medical bill | | | | 1,514.27 |

___19___  continuation sheets attached

Subtotal
(Total of this page)   **1,930.03**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
S/N:33414-140116   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4278508-000** <br><br> **Advocate Condell Medical Center** <br> **810 E. Park, Suite 132** <br> **Libertyville, IL 60048** | - | | medical bill | | | | 135.78 |
| Account No. **4249268-000** <br><br> **Advocate Condell Medical Center** <br> **810 E. Park, Suite 132** <br> **Libertyville, IL 60048** | - | | medical bill | | | | 136.78 |
| Account No. **2441034-000** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | - | | medical bill | | | | 941.82 |
| Account No. **2441034-1** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | - | | medical bill | | | | 786.82 |
| Account No. **2019839-000** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | - | | medical bill | | | | 629.29 |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,630.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2230722-000**<br><br>**Advocate Condell Medical Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | - | | medical bill | | | | 730.30 |
| Account No. **806214144**<br><br>**Advocate Condell Medical Center**<br>**P.O. Box 6572**<br>**Carol Stream, IL 60197** | - | | Medical bill | | | | 2,568.00 |
| Account No. **37385298299**<br><br>**American Medical Collection Agency**<br>**4 Westchester Plaza # 110**<br>**Elmsford, NY 10523** | - | | Collection | | | | 121.00 |
| Account No. **317250882530**<br><br>**American Medical Collection Agency**<br>**4 Westchester Plaza, Building 4**<br>**Mundelein, IL 60060** | - | | Collection | | | | 663.00 |
| Account No. **11100705A**<br><br>**Anesthesia Consultants**<br>**34121 Eagle Way**<br>**Chicago, IL 60678** | - | | Medical bill | | | | 56.00 |

| | | |
|---|---|---|
| Sheet no. __**2**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **4,138.30** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                                  , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **14011301** <br><br> **Anesthesia Consultants LTD** <br> **34121 Eagle Way** <br> **Chicago, IL 60678** | - | | Medical bill | | | | 38.40 |
| Account No. **100631477** <br><br> **AT&T** <br> **PO Box 6416** <br> **Carol Stream, IL 60197** | - | | utility | | | | 391.00 |
| Account No. **5200 0101 9779 6747** <br><br> **Bank of America** <br> **P.O. Box 851001** <br> **Dallas, TX 75285** | - | | Credit card purchases | | | | 5,548.34 |
| Account No. **4327-4779-0079-8347** <br><br> **Barclay Bank Delaware** <br> **P.O. Box 13337** <br> **Philadelphia, PA 19101** | - | | Credit card | | | | 7,804.76 |
| Account No. **5683735** <br><br> **Biehl & Biehl** <br> **P.O. Box 87410** <br> **Carol Stream, IL 60188** | - | | Collection | | | | 60.50 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 13,843.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **120005718251**<br><br>**Cach, Llc**<br>**4340 S Monaco St Unit 2**<br>**Denver, CO 80237** | - | | **Opened 4/20/11 Last Active 9/01/10**<br>**Collection Attorney Metris** | | | | **5,172.00** |
| Account No. **20708345**<br><br>**Cadence Health**<br>**25 N. Winfield Rd**<br>**Winfield, IL 60190** | - | | **Medical bill** | | | | **580.02** |
| Account No. **20308145**<br><br>**Cadence Health**<br>**25 N. Winfield Rd**<br>**Winfield, IL 60190** | - | | **Medical bill** | | | | **351.95** |
| Account No. **20391886**<br><br>**Cadence Health**<br>**25 N. Winfield Rd**<br>**Winfield, IL 60190** | - | | **Medical bill** | | | | **151.09** |
| Account No. **4862362510580866**<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | - | | **Opened 12/10/04 Last Active 11/01/10**<br>**Credit Card** | | | | **5,417.00** |

Sheet no. __4___ of __19__ sheets attached to Schedule of                                 Subtotal                | **11,672.06**
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**
                                                                                    ,                Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5178052493242289** | | | Opened  8/25/04  Last Active 11/01/10 Credit Card | | | | |
| **Cap One** **Po Box 85520** **Richmond, VA 23285** | - | | | | | | |
| | | | | | | | **5,257.35** |
| Account No. **5178052454948544** | | | Opened  7/02/03  Last Active 10/01/10 Credit Card | | | | |
| **Cap One** **Po Box 85520** **Richmond, VA 23285** | - | | | | | | |
| | | | | | | | **2,606.84** |
| Account No. **5178052249105889** | | | Opened  9/18/02  Last Active 10/01/10 Credit Card | | | | |
| **Cap One** **Po Box 85520** **Richmond, VA 23285** | - | | | | | | |
| | | | | | | | **2,248.00** |
| Account No. **6019-1803-2178-3629** | | | Collection | | | | |
| **Care Credit** **PO Box 960061** **Orlando, FL 32896** | - | | | | | | |
| | | | | | | | **2,694.00** |
| Account No. **10051470** | | | Collection | | | | |
| **Certified Services Inc** **1733 Washington St Ste 2** **Waukegan, IL 60085** | - | | | | | | |
| | | | | | | | **480.00** |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,286.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton** ,                          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11061578**<br><br>**Certified Services Inc**<br>**1733 Washington St Ste 2**<br>**Waukegan, IL 60085** | - | | Opened 10/24/11  Last Active 11/30/11<br>Collection | | | | 80.00 |
| Account No. **3161**<br><br>**Chirocorp**<br>**5833 W. Dempster St**<br>**Morton Grove, IL 60053** | - | | Medical bill | | | | 1,322.16 |
| Account No. **2293620016**<br><br>**Comed**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** | - | | utility | | | | 231.01 |
| Account No. **72872**<br><br>**Complete Orthopaedic Care**<br>**100 Village Green Dr # 120**<br>**Lincolnshire, IL 60069** | - | | Medical bill | | | | 136.00 |
| Account No. **72872**<br><br>**Complete Orthopedic Care**<br>**100 Village Green Dr # 120**<br>**Lincolnshire, IL 60069** | - | | Medical bill | | | | 136.00 |

Sheet no. __6___ of __19__ sheets attached to Schedule of                    Subtotal        1,905.17
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2263-861477-1** <br><br>**Consolidated Pathology** <br>**75 Remittance Dr # 1895** <br>**Chicago, IL 60675** | | - | | **Medical bill** | | | | 10.00 |
| Account No. **95479650941E00220080515** <br><br>**Dept Of Ed/Sallie Mae** <br>**11100 Usa Pkwy** <br>**Fishers, IN 46037** | | - | | **Opened  5/15/08  Last Active 11/18/13** <br>**Student loan** | | | | 579.00 |
| Account No. **95479650941E00120080515** <br><br>**Dept Of Ed/Sallie Mae** <br>**11100 Usa Pkwy** <br>**Fishers, IN 46037** | | - | | **Opened  5/15/08  Last Active 11/18/13** <br>**Student loan** | | | | 223.00 |
| Account No. **954799650941E00120080515** <br><br>**Dept pf Edu/Sallie Mae** <br>**11100 USA Parkway** <br>**Fishers, IN 46037** | | - | | **student loan** | | | | 634.00 |
| Account No. **95479650941E00220080515** <br><br>**Dept pf Edu/Sallie Mae** <br>**P.O Box 9635** <br>**Wilkes-Barre, PA 46037** | | - | | **student loan** | | | | 1,587.00 |

Sheet no. __**7**___ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,033.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                    ,          Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **75544**<br><br>**Eye Care Center**<br>**310 S. Greenleaf St # 209**<br>**Gurnee, IL 60031** | - | | Medical bill | | | | 88.00 |
| Account No. **12317**<br><br>**Gastroeneterology Cons.**<br>**890 Garfield Ave # 103**<br>**Libertyville, IL 60048** | - | | Medical bill | | | | 180.52 |
| Account No. **6019-1803-2178-3629**<br><br>**GE Money Bank**<br>**P.O. Box. 960061**<br>**Orlando, FL 32896-0061** | - | | Credit card purchases | | | | 2,216.48 |
| Account No. **110088614B**<br><br>**Greenleaf Orthopaedic Asso.**<br>**105 N. GreenLeaf St**<br>**Gurnee, IL 60031** | - | | Medical bill | | | | 25.40 |
| Account No. **486902**<br><br>**Groot Industries, Inc**<br>**P.O. Box 1325**<br>**Elk Grove Village, IL 60009** | - | | utility | | | | 234.93 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **2,745.33**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                                    ,        Case No. _____
                                            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5786680**<br><br>**H&R Accounts**<br>**7017 John Deere Pa**<br>**Moline, IL 61265** | - | | Collection Med1 02 Central Dupa | | | | 580.00 |
| Account No. **4278176-1**<br><br>**Harris & Harris**<br>**P.O. Box 5598**<br>**Chicago, IL 60680** | - | | Collection | | | | 408.86 |
| Account No. **5458 0015 5715 2513**<br><br>**HSBC**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197** | - | | Credit card purchases | | | | 4,432.55 |
| Account No. **5458 0015 5792 7591**<br><br>**HSBC**<br>**P.O. Box 17313**<br>**Baltimore, MD 21297** | - | | Credit card | | | | 5,171.89 |
| Account No. **42196757902**<br><br>**Hsbc/Neimn**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | - | | Opened  9/01/88  Last Active  7/31/10<br>Charge Account | | | | 558.00 |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **11,151.30**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandra Ann Hotton**                                        ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **P1358728** <br><br> **IL Bone  and Joint Institute** <br> **5057 Paysphere Circle** <br> **Chicago, IL 60674** | - | | Medical bill | | | | 1,105.30 |
| Account No. **6011-6556-1283-4379** <br><br> **J.Jill Credit Plan** <br> **P.O. Box 689182** <br> **Des Moines, IA 50368** | - | | Credit card purchases | | | | 256.21 |
| Account No. **66088911** <br><br> **LabCorp** <br> **P.O. Box 2240** <br> **Burlington, NC 27216** | - | | Medical bill | | | | 663.00 |
| Account No. **LCA-10051470** <br><br> **Lake County Anesthesiologists Ltd** <br> **P.O. Box 70** <br> **Lake Forest, IL 60045** | - | | medical bill | | | | 480.00 |
| Account No. **11061578** <br><br> **Lake County Anesthesiologists Ltd** <br> **P.O. Box 70** <br> **Lake Forest, IL 60045** | - | | Medical bill | | | | 80.40 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,584.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                   ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **262*856344.1** <br><br>**Lake County Radiology Associates,SC** <br>**36104 Treasury CTR** <br>**Chicago, IL 60694-6100** | - | | | medical bill | | | | **81.00** |
| Account No. **16382** <br><br>**Libertyville Imaging Assoc # 230** <br>**333 Peterson Rd** <br>**Libertyville, IL 60048** | - | | | Medical bill | | | | **55.00** |
| Account No. **72190150** <br><br>**Malcolm S. Gerald and Asso** <br>**332 S. Michigan Ave # 600** <br>**Chicago, IL 60604** | - | | | Collection | | | | **368.05** |
| Account No. **43761 570 72320** <br><br>**Mcydsnb** <br>**9111 Duke Blvd** <br>**Mason, OH 45040** | - | | | Opened 11/01/88 Last Active 7/13/10 <br>Charge Account | | | | **3,607.00** |
| Account No. **4376157072336** <br><br>**Mcydsnb** <br>**9111 Duke Blvd** <br>**Mason, OH 45040** | - | | | Opened 1/05/09 Last Active 8/01/10 <br>Charge Account | | | | **420.00** |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **4,531.05**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7803903**<br><br>**Medical Recovery**<br>**2250 W. Devon # 352**<br>**Des Plaines, IL 60018** | - | | Collection | | | | 92.00 |
| Account No. **8131152009**<br><br>**Merchants Credit Guide**<br>**223 W Jackson Blvd Ste 4**<br>**Chicago, IL 60606** | - | | Collection Attorney Central Dupage Hospi | | | | 152.00 |
| Account No. **8131841401**<br><br>**Merchants Credit Guide**<br>**223 W Jackson Blvd Ste 4**<br>**Chicago, IL 60606** | - | | Collection Attorney Central Dupage Hospi | | | | 151.09 |
| Account No. **08-132393309**<br><br>**Merchants Credit Guide**<br>**223 W. Jackson Blvd # 700**<br>**Chicago, IL 60606** | - | | Collection | | | | 377.35 |
| Account No. **08-131073645**<br><br>**Merchants Credit Guide**<br>**223 W. Jackson Blvd # 700**<br>**Chicago, IL 60606** | - | | Collection | | | | 292.25 |

Sheet no. __**12**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,064.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandra Ann Hotton**
_____ ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8556768132<br><br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | - | | **Opened 12/14/12  Last Active  7/01/10**<br>**Collection** | | | | **6,925.00** |
| Account No. **N-000423241**<br><br>**Midwest Diagnostic Patholog, SC**<br>**P.O. Box 578**<br>**Park Ridge, IL 60068** | - | | **Medical bill** | | | | **44.00** |
| Account No. **861-2-0005517573**<br><br>**Midwest Diagnostic Pathology**<br>**75 Remittance Dr., #3070**<br>**Chicago, IL 60675-3070** | - | | **medical bill** | | | | **92.00** |
| Account No. **861-1-0005509683**<br><br>**Midwest Diagnostic Pathology**<br>**75 Remittance Dr., #3070**<br>**Chicago, IL 60675-3070** | - | | **medical bill** | | | | **13.50** |
| Account No. **000369**<br><br>**N.S. Center for Medical Aesthetics**<br>**1535 Lake Cook Road #401**<br>**Northbrook, IL 60062** | - | | **medical bill** | | | | **99.80** |

Sheet no. _**13**_ of _**19**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,174.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0000-0421-9675-7902**<br><br>**Neiman Marcus/HSBC**<br>**P.O. Box 5235**<br>**Carol Stream, IL 60197** | - | | | Credit card | | | | 313.45 |
| Account No. **610**<br><br>**North Shore Consultants In Ob Gyn**<br>**1170 East Belvidere Rd. Suite 102**<br>**Grayslake, IL 60030** | - | | | medical bill | | | | 669.00 |
| Account No. **3500037139512**<br><br>**North Shore Gas**<br>**P.O. Box 19083**<br>**Green Bay, WI 54307** | - | | | utility | | | | 752.50 |
| Account No. **17305**<br><br>**Northshore Urogynecology**<br>**351 Greenleaf St**<br>**Waukegan, IL 60085** | - | | | Medical bill | | | | 1,720.50 |
| Account No. **102957404**<br><br>**Northwestern Lake Forest Hospital**<br>**660 North Westmoreland Rd**<br>**Lake Forest, IL 60045** | - | | | Medical bill | | | | 1,091.17 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,546.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton** ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **103521431** | | | | | Medical bill | | | | |
| Northwestern Lake Forest Hospital 660 North Westmoreland Rd Lake Forest, IL 60045 | - | | | | | | | | 3,217.00 |
| Account No. **103658043** | | | | | Medical bill | | | | |
| Northwestern Lake Forest Hospital 660 North Westmoreland Rd Lake Forest, IL 60045 | - | | | | | | | | 207.98 |
| Account No. **103212825** | | | | | Medical bill | | | | |
| Northwestern Lake Forest Hospital 660 North Westmoreland Rd Lake Forest, IL 60045 | - | | | | | | | | 509.00 |
| Account No. **002212462E** | | | | | Medical bill | | | | |
| Northwestern Medical Faculty 38693 Eagle Way Chicago, IL 60678 | - | | | | | | | | 158.60 |
| Account No. **3611688** | | | | | Opened 9/27/13 Medical bill | | | | |
| NSG 1880 W. Winchester Rd, Ste 201 Libertyville, IL 60048 | - | | | | | | | | 725.28 |

Sheet no. __15__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,817.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                                     ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **381295** <br><br> **Orion Anesthesia Assoc PC** <br> **333 Busse Hwy # 991** <br> **Park Ridge, IL 60068** | - | | Medical bill | | | | 107.31 |
| Account No. **381295** <br><br> **Orion Anesthesia Assoc PC** <br> **333 Busse Hwy # 991** <br> **Park Ridge, IL 60068** | - | | Medical bill | | | | 107.31 |
| Account No. **49101993** <br><br> **Park Ridge Anesthesiology** <br> **P.O. Box 1123** <br> **Jackson, MI 49204** | - | | Medical bill | | | | 75.60 |
| Account No. **P130572753** <br><br> **Pathology INC** <br> **P.O. Box 54050** <br> **Los Angeles, CA 90054** | - | | Medical bill | | | | 1,723.00 |
| Account No. **C132385052** <br><br> **Pathology INC** <br> **P.O. Box 54050** <br> **Los Angeles, CA 90054** | - | | Medical bill | | | | 155.00 |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,168.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandra Ann Hotton**                                           ,         Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **17305**<br><br>**PC North Shore Urogynecology**<br>**351 S. Greenleaf # E**<br>**Waukegan, IL 60085** | - | | Medical bill | | | | 1,522.50 |
| Account No. **3500037139512**<br><br>**Peoplesene**<br>**130 E. Randolph Drive**<br>**Chicago, IL 60601** | - | | Opened  7/01/04  Last Active 11/01/13<br>utility | | | | 79.00 |
| Account No. **7559905624**<br><br>**Quest Diagnostics**<br>**P.O. Box 7306**<br>**Hollister, MO 65673** | - | | Medical bill | | | | 10.00 |
| Account No. **7759067251**<br><br>**Quest Diagnostics**<br>**P.O. Box 7306**<br>**Hollister, MO 65673** | - | | Medical bill | | | | 30.00 |
| Account No. **8563342761**<br><br>**Quest Diagnostics**<br>**P.O. Box 7306**<br>**Hollister, MO 65673** | - | | Medical bill | | | | 30.00 |

Sheet no. __**17**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,671.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandra Ann Hotton**                                              ,            Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7375703075** | | | - | | Medical bill | | | | |
| **Quest Diagnostics** **P.O. Box 7306** **Hollister, MO 65673** | | | | | | | | | **20.00** |
| Account No. | | | - | | Medical bill | | | | |
| **Quest Diagnostics** **P.O. Box 7306** **Hollister, MO 65673** | | | | | | | | | **30.00** |
| Account No. **702690** | | | - | | Medical bill | | | | |
| **Radiology Diagnostics, LLC** **P.O. Box 130** **North Easton, MA 02356** | | | | | | | | | **32.50** |
| Account No. | | | - | | Medical bill | | | | |
| **Suburban Internal Medicine** **550 N. Lake St** **Mundelein, IL 60060** | | | | | | | | | **41.85** |
| Account No. **0731** | | | - | | Credit card purchases | | | | |
| **Target National Bank** **P.O. Box 59317** **Minneapolis, MN 55459** | | | | | | | | | **6,813.11** |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,937.46**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sandra Ann Hotton**                                                            , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **83572** <br><br> **U.S. Impact, INC** <br> **P.O. Box 1746** <br> **Mandeville, LA 70470** | - | | | | | | 48.03 |
| Account No. **1480352777-00001** <br><br> **Verizon Wireless** <br> **P.O. Box 26055** <br> **Minneapolis, MN 55426** | - | | utility | | | | 165.22 |
| Account No. **08000301** <br><br> **Village of Mundelein** <br> **Waterworks and Sewage** <br> **440 E. Hawley Street** <br> **Mundelein, IL 60060** | - | | utility | | | | 58.41 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 271.66 |
| Total <br> (Report on Summary of Schedules) | 102,103.14 |

B6H (Official Form 6H) (12/07)

.

In re    **Sandra Ann Hotton**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Sandra Ann Hotton**                                          Case No. _____
_____            Chapter    **7**    _____
                                    Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    __35__
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 13, 2014**                          Signature    **/s/ Sandra Ann Hotton**
                                                          **Sandra Ann Hotton**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Sandra Ann Hotton**                                      Case No. _____
                                          Debtor(s)                  Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**21st Motgage Corporation** | **Describe Property Securing Debt:**<br>**404 Hillside Drive**<br>**Mundelein, IL.60060**<br>**has some structural damage from storm, mold damage** |

Property will be (check one):
    ■ Surrendered                           ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                      ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Nationstar Mortgage** | **Describe Property Securing Debt:**<br>**404 Hillside Drive**<br>**Mundelein, IL.60060**<br>**has some structural damage from storm, mold damage** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March 13, 2014** _____        Signature   **/s/ Sandra Ann Hotton** _____
                                                            **Sandra Ann Hotton**
                                                            Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Sandra Ann Hotton**                                                Case No.
                                                    Debtor(s)          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,500.00** |
| Prior to the filing of this statement I have received | $ | **1,500.00** |
| Balance Due | $ | **0.00** |

2. $  **0.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 13, 2014**                         **/s/ Christine R. Piesiecki**
                                              **Christine R. Piesiecki**
                                              **Christine R. Piesiecki**
                                              **9800 S. Roberts Rd., Suite 205**
                                              **Palos Hills, IL 60465**
                                              **708-233-6833  Fax: 708-233-6834**
                                              **polskadwokat@aol.com**

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Sandra Ann Hotton**
_____
Debtor(s)

Case No. _____

Chapter  **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Sandra Ann Hotton**
_____
Printed Name(s) of Debtor(s)

X  **/s/ Sandra Ann Hotton**            **March 13, 2014**
_____
Signature of Debtor                          Date

Case No. (if known)  _____

X  _____
Signature of Joint Debtor (if any)            Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Sandra Ann Hotton**                                    Case No.
                                        Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **141**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **March 13, 2014**                    **/s/ Sandra Ann Hotton**
                                    **Sandra Ann Hotton**
                                    Signature of Debtor

21st Motgage Corporation
620 Market St., Suite 100
Knoxville, TN


Advanced Dermatology Lincolnshire
275 Parkway Dr # 521
Lincolnshire, IL 60069


Advocate Condell Medical Cenetr
810 E. Park, Suite 132
Libertyville, IL 60048


Advocate Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710


Advocate Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710


Advocate Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710


Advocate Condell Medical Center
810 E. Park, Suite 132
Libertyville, IL 60048


Advocate Condell Medical Center
810 E. Park, Suite 132
Libertyville, IL 60048


Advocate Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710


Advocate Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710


Advocate Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710

Advocate Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710


Advocate Condell Medical Center
P.O. Box 6572
Carol Stream, IL 60197


Advocate Condell Medical Center
810 E. Park, Suite 132
Libertyville, IL 60048


Advocate Condell Medical Center
810 E. Park, Suite 132
Libertyville, IL 60048


Advocate Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710


Advoccate Condell Medical Centera
810 E. Park, Suite 132
Libertyville, IL 60048


Alliance One
4850 Street Rd # 300
Trevose, PA 19053


American Medical Collection Agency
4 Westchester Plaza # 110
Elmsford, NY 10523


American Medical Collection Agency
4 Westchester Plaza, Building 4
Mundelein, IL 60060


American Medical Collection Agency
4 Westchester Plaza
Building 4
Elmsford, NY 10523


Anesthesia Consultants
34121 Eagle Way
Chicago, IL 60678

Anesthesia Consultants LTD
34121 Eagle Way
Chicago, IL 60678


ARS
P.O. Box 463023
Encinitas, CA 92023


AT&T
PO Box 6416
Carol Stream, IL 60197


Bank of America
P.O. Box 851001
Dallas, TX 75285


Barclay Bank Delaware
P.O. Box 13337
Philadelphia, PA 19101


Biehl & Biehl
P.O. Box 87410
Carol Stream, IL 60188


Blatt, Hasenmiller
125 S. Wacker, #400
Chicago, IL 60606


Blatt, Hasenmiller
125 S. Wacker, #400
Chicago, IL 60606


Blatt, Hasenmiller Leibsker & Moore
125 S. Wacker Dr # 400
Chicago, IL 60606


Blatt, Hasenmiller Leibsker & Moore
125 S. Wacker Dr # 400
Chicago, IL 60606


Cach, Llc
4340 S Monaco St Unit 2
Denver, CO 80237

Cadence Health
25 N. Winfield Rd
Winfield, IL 60190


Cadence Health
25 N. Winfield Rd
Winfield, IL 60190


Cadence Health
25 N. Winfield Rd
Winfield, IL 60190


Cadence Health
25 N. Winfield Rd
Winfield, IL 60190


Cadence Health
25 N. Winfield Rd
Winfield, IL 60190


Cadence Health
25 N. Winfield Rd
Winfield, IL 60190


Cap One
Po Box 85520
Richmond, VA 23285


Cap One
Po Box 85520
Richmond, VA 23285


Cap One
Po Box 85520
Richmond, VA 23285


Cap One
Po Box 85520
Richmond, VA 23285


Capital Mang.
726 Exchange Street # 700
Buffalo, NY 14210

Care Credit
PO Box 960061
Orlando, FL 32896


Certified Services
P.O. Box 177
Waukegan, IL 60079


Certified Services
P.O. Box 177
Waukegan, IL 60079


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Chirocorp
5833 W. Dempster St
Morton Grove, IL 60053


Choice Recovery
P.O. Box 3521
Akron, OH 44309


Comed
P.O. Box 6111
Carol Stream, IL 60197


Complete Orthopaedic Care
100 Village Green Dr # 120
Lincolnshire, IL 60069


Complete Orthopedic Care
100 Village Green Dr # 120
Lincolnshire, IL 60069


Computer Credit, Inc.
640 W. Fourth St.
Winston Salem, NC 27113-5238

```
Computer Credit, Inc.
640 W. Fourth St.
Winston Salem, NC 27113-5238


Computer Credit, Inc.
640 W. Fourth St.
Winston Salem, NC 27113-5238


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113-5238


Computer Credit, Inc.
640 W. Fourth St.
Winston Salem, NC 27113-5238


Consolidated Pathology
75 Remittance Dr # 1895
Chicago, IL 60675


Dept Of Ed/Sallie Mae
11100 Usa Pkwy
Fishers, IN 46037


Dept Of Ed/Sallie Mae
11100 Usa Pkwy
Fishers, IN 46037


Dept pf Edu/Sallie Mae
11100 USA Parkway
Fishers, IN 46037


Dept pf Edu/Sallie Mae
P.O Box 9635
Wilkes-Barre, PA 46037


Eye Care Center
310 S. Greenleaf St # 209
Gurnee, IL 60031


Firstsource
205 Bryant Woods South
Buffalo, NY 14228
```

Gastroeneterology Cons.
890 Garfield Ave # 103
Libertyville, IL 60048


GE Money Bank
P.O. Box. 960061
Orlando, FL 32896-0061


Greenleaf Orthopaedic Asso.
105 N. GreenLeaf St
Gurnee, IL 60031


Groot Industries, Inc
P.O. Box 1325
Elk Grove Village, IL 60009


H&R Accounts
7017 John Deere Pa
Moline, IL 61265


Harris & Harris
P.O. Box 5598
Chicago, IL 60680


Harris & Harris
222 Merchandise Mart Plaza # 1900
Chicago, IL 60654


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Harris & Harris, Ltd.
P.O. Box 5598
Chicago, IL 60680-5598


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


HSBC
P.O. Box 5253
Carol Stream, IL 60197

HSBC
P.O. Box 17313
Baltimore, MD 21297


Hsbc/Neimn
Po Box 5253
Carol Stream, IL 60197


IL Bone  and Joint Institute
5057 Paysphere Circle
Chicago, IL 60674


Invoice Audit Services
P.O. Box 559
Moon Twp., PA 15108


J.Jill Credit Plan
P.O. Box 689182
Des Moines, IA 50368


John C. Bonewicz, P.C.
8001 N. Lincoln Ave # 402
Skokie, IL 60077


John C. Bonewicz, P.C.
8001 N. Lincoln Ave # 402
Skokie, IL 60077


LabCorp
P.O. Box 2240
Burlington, NC 27216


Lake County Anesthesiologists Ltd
P.O. Box 70
Lake Forest, IL 60045


Lake County Anesthesiologists Ltd
P.O. Box 70
Lake Forest, IL 60045


Lake County Radiology Associates,SC
36104 Treasury CTR
Chicago, IL 60694-6100

Libertyville Imaging Assoc # 230
333 Peterson Rd
Libertyville, IL 60048


Malcolm Gerald & Assoc.
332 S. Michigan Ave.
Suite 600
Chicago, IL 60604


Malcolm S. Gerald and Asso
332 S. Michigan Ave # 600
Chicago, IL 60604


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Medical Recovery
2250 W. Devon # 352
Des Plaines, IL 60018


Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606


Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606


Merchants Credit Guide
223 W. Jackson Blvd # 700
Chicago, IL 60606


Merchants Credit Guide
223 W. Jackson Blvd # 700
Chicago, IL 60606


Merchants Credit Guide
223 W. Jackson Blvd # 700
Chicago, IL 60606

Midland Credit
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


Midwest Diagnostic Patholog, SC
P.O. Box 578
Park Ridge, IL 60068


Midwest Diagnostic Pathology
75 Remittance Dr., #3070
Chicago, IL 60675-3070


Midwest Diagnostic Pathology
75 Remittance Dr., #3070
Chicago, IL 60675-3070


N.S. Center for Medical Aesthetics
1535 Lake Cook Road #401
Northbrook, IL 60062


Nationstar Mortgage
350 Highland Dr
Lewisville, TX 75067


Neiman Marcus/HSBC
P.O. Box 5235
Carol Stream, IL 60197


NFO
507 Prudential Road
Horsham, PA 19044


North Shore Consultants In Ob Gyn
1170 East Belvidere Rd. Suite 102
Grayslake, IL 60030


North Shore Gas
P.O. Box 19083
Green Bay, WI 54307

Northland Group, Inc.
P.O. Box 390846
Minneapolis, MN 55439


Northshore Urogynecology
351 Greenleaf St
Waukegan, IL 60085


Northwestern Lake Forest Hospital
660 North Westmoreland Rd
Lake Forest, IL 60045


Northwestern Lake Forest Hospital
660 North Westmoreland Rd
Lake Forest, IL 60045


Northwestern Lake Forest Hospital
660 North Westmoreland Rd
Lake Forest, IL 60045


Northwestern Lake Forest Hospital
660 North Westmoreland Rd
Lake Forest, IL 60045


Northwestern Medical Faculty
38693 Eagle Way
Chicago, IL 60678


NSG
1880 W. Winchester Rd, Ste 201
Libertyville, IL 60048


OAC
P.O. Box 371100
Milwaukee, WI 53237


Orion Anesthesia Assoc PC
333 Busse Hwy # 991
Park Ridge, IL 60068


Orion Anesthesia Assoc PC
333 Busse Hwy # 991
Park Ridge, IL 60068

Park Ridge Anesthesiology
P.O. Box 1123
Jackson, MI 49204


Pathology INC
P.O. Box 54050
Los Angeles, CA 90054


Pathology INC
P.O. Box 54050
Los Angeles, CA 90054


PC North Shore Urogynecology
351 S. Greenleaf # E
Waukegan, IL 60085


Peoplesene
130 E. Randolph Drive
Chicago, IL 60601


Pierce & Associates
1 North Dearborn, Suite 1300
Chicago, IL 60602


Professional Placement Services
P.O. Box 612
Milwaukee, WI 53201


Quest Diagnostics
P.O. Box 7306
Hollister, MO 65673


Quest Diagnostics
P.O. Box 7306
Hollister, MO 65673


Quest Diagnostics
P.O. Box 7306
Hollister, MO 65673


Quest Diagnostics
P.O. Box 7306
Hollister, MO 65673

Quest Diagnostics
P.O. Box 7306
Hollister, MO 65673


Radiology Diagnostics, LLC
P.O. Box 130
North Easton, MA 02356


Suburban Internal Medicine
550 N. Lake St
Mundelein, IL 60060


Target National Bank
P.O. Box 59317
Minneapolis, MN 55459


Transworld Systems
507 Prudential Rd
Horsham, PA 19044


Transworld Systems
PO BOX 15520
Wilmington, DE 19850


U.S. Impact, INC
P.O. Box 1746
Mandeville, LA 70470


Verizon Wireless
P.O. Box 26055
Minneapolis, MN 55426


Village of Mundelein
Waterworks and Sewage
440 E. Hawley Street
Mundelein, IL 60060